# United States Court of Appeals for the Federal Circuit

---

June 1, 2012

**ERRATA**

---

Appeal No. 2010-1341

**NEIL MINTZ and
JIF-PAK MANUFACTURING, INC.,**
*Plaintiffs-Appellants,*

**AND**

**MARCUS MINTZ,**
*Plaintiff,*

**v.**

**DIETZ & WATSON, INC. and
PACKAGE CONCEPTS & MATERIALS, INC.,**
*Defendants-Appellees,*

Decided:  May 30, 2012
Precedential Opinion

---

Please make the following changes:

Page 10, line 7, change "V." to – "v." –.

Page 13, line 17, change "*Lunda*" to – "*Lundia*" –.